UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION
www.moed.uscourts.gov

| | |
|---|---|
| KAREN SCHULTE, *individually and on behalf of all others similarly situated,* | )<br>)<br>)<br>) |
| Plaintiffs, | ) <br>) |
| vs. | )   Case No. 4:19 CV 2546 RWS <br>) |
| CONOPCO, INC, et al., | )<br>) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED that** the claims of Plaintiff Karen Schulte are **DISMISSED with prejudice.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of July, 2020.