# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-2696

_____

Karen Schulte, individually and on behalf of all others similarly situated

Plaintiff - Appellant

v.

Conopco, Inc., doing business as Unilever

Defendant - Appellee

Walgreen Co.

Defendant

CVS Pharmacy, Inc.; Walmart, Inc.; Target Corporation; Schnuck Markets, Inc.; Dierbergs Markets, Inc.

Defendants - Appellees

Does 1-10

Defendant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:19-cv-02546-RWS)
_____

**JUDGMENT**

Before GRUENDER, BENTON, and SHEPHERD, Circuit Judges.

     This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

May 18, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Michael E. Gans